**Joel GRIFFIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60168.**

Missouri Court of Appeals, Western District.

Oct. 1, 2002.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

Joel Griffis appeals from the motion court's denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Griffis's sole point on appeal is that the motion court erred in denying his Rule 29.15 motion because his trial counsel was ineffective for failing to object and request a mistrial after State's witness Janet Peterson testified that the

victim told her that Griffis was "in prison for doing bad things to me."

Affirmed. Rule 84.16(b).